UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT CURTIS CONVINGTON,

　　Petitioner,

v.　　　　　　　　　　　　　　　　　CASE NO. 8:10-CV-2500-T-30TBM
　　　　　　　　　　　　　　　　　　CRIM. CASE NO. 8:06-CR-162-T-27TBM
UNITED STATES OF AMERICA,

　　Respondent.
_____/

## O R D E R

Before the Court is Petitioner's "Motion to Dismiss Emergency Motion to Amend and Liberally Construe Initial § 2255 Motion Demand for Jury Trial on All Issues Raised in Initial § 2255" (CV Dkt. 22) in which Petitioner requests the Court dismiss his emergency motion to amend his § 2255 motion (see CV Dkt. 9),[1] liberally construe and proceed in this action on his initial § 2255 motion, and set a jury trial on the claims raised in his initial § 2255 motion.

Upon consideration the Court **ORDERS** that Petitioner's "Motion to Dismiss Emergency Motion to Amend and Liberally Construe Initial § 2255 Motion Demand for Jury Trial on All Issues Raised in Initial § 2255" (CV Dkt. 22) is **GRANTED** solely to the extent that this action shall proceed on Petitioner's initial § 2255 motion (CV Dkt. 1). The motion is otherwise **DENIED**.

---

[1] The Court granted the motion on April 14, 2011 (CV Dkt. 20).

     **DONE** and **ORDERED** in Tampa, Florida on June 22, 2011.

_____<br>
JAMES S. MOODY, JR.<br>
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished to</u>:
*Pro Se* Petitioner
Amanda C. Kaiser, AUSA