UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT CURTIS CONVINGTON,

    Petitioner,

v.                                              CASE NO. 8:10-CV-2500-T-30TBM
                                              CRIM. CASE NO. 8:06-CR-162-T-27TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## O R D E R

Before the Court are: 1) Petitioner's "Motion to the District Court Petitioner's Request that Court Prohibit the Government from Deliberate Extraordinary and Unnecessary Delay" (CV Dkt. 24); 2) Respondent's Motion to Strike or, in the Alternative, Motion for Extension of Time (CV Dkt. 25); and 3) "Petitioner's Counter Claim Against the United States Request Court Strike United States Motion to Strike Initial § 2255 United States Motion is Presented to this Court in Bad Faith" (CV Dkt. 26) in which Petitioner requests the Court strike Respondent's motion to strike his § 2255 motion, and limit any extension of time to respond to the § 2255 motion to thirty (30) days.

Upon consideration, the Court **ORDERS** that:

1.    Petitioner's "Motion to the District Court Petitioner's Request that Court Prohibit the Government from Deliberate Extraordinary and Unnecessary Delay" (CV Dkt. 24) is **DENIED**. There is no indication at this time that the Government has filed any motion

in bad faith and for purposes of delay.

2. Respondent's Motion to Strike or, in the Alternative, Motion for Extension of Time (CV Dkt. 25) is **GRANTED** solely to the extent that Respondent shall file a response to Petitioner's § 2255 motion on or before **August 22, 2011.** The motion is otherwise **DENIED**.

3. "Petitioner's Counter Claim Against the United States Request Court Strike United States Motion to Strike Initial § 2255 United States Motion is Presented to this Court in Bad Faith" (CV Dkt. 26) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished to</u>:
*Pro Se* Petitioner
Amanda C. Kaiser, AUSA