UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT CURTIS COVINGTON,

    Petitioner,

v.                                            Case No: 8:10-cv-2500-T-30TBM

USA,

    Respondent.

## ORDER

THIS CAUSE comes before the Court on Petitioner's Motion to Correct Record (Doc. 89) and Motion for Reconsideration (Doc. 90) of the Court's Order (Doc. 88) denying a certificate of appealability. Both motions relate to the Court's Order (Doc. 80), in which the Court dismissed a previous motion for reconsideration of an Order (Doc. 72) dismissing Petitioner's successive section 2255 motion—which Petitioner appealed. Petitioner again seeks reconsideration and asks the Court to direct the clerk to correct the record on appeal. Having considered the motions and the relevant law, it is therefore

ORDERED AND ADJUDGED that:

1.    Petitioner's Motion to Correct Record (Doc. 89) is DENIED.

2.    Petitioner's Motion for Reconsideration (Doc. 90) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of April, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record